FILED'09 NOV 10 15:49 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CHRIS HUGHSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 09-828-JO |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| THE RECEIVABLE MANAGEMENT SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

JONES, Judge:

Based upon the stipulation of the parties,

IT IS HEREBY ORDERED this matter is dismissed with prejudice and without attorney fees or costs to either party. Any pending motions are denied as moot.

DATED this 10th day of November, 2009.

_____
ROBERT E. JONES
U.S. District Judge